HAYS, Appellant, v. RAPLEE, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Action by Washington D. Hays against Ira A. Raplee. No opinion. Order affirmed, with costs. All concur, except WARD, J., not voting.

HELLRIEGEL et al., Appellants, v. CORSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Action by Salome Hellriegel and another against George A. Corson. No opinion. Judgment and order affirmed, with costs. All concur, except WARD, J., not voting. See 48 N. Y. Supp. 419.

HENESSY v. GOLDBERG. (Supreme Court, Appellate Division, First Department. January 20, 1899.) Action by Clara A. Henessy against Emanuel T. Goldberg. No opinion. Motion granted, with $10 costs.

HENKE et al., Respondents, v. NEW YORK EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by William H. Henke and another against the New York Elevated Railroad Company and another. No opinion. Judgment affirmed, with costs.

HICKMAN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by Joanna Hickman against the Nassau Electric Railroad Company. No opinion. Motion for reargument denied. See 56 N. Y. Supp. 751.

HINCKEL, Respondent, v. STEVENS, Appellant. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) Action by Frederick Hinckel against Jennie B. Stevens. No opinion. Motion denied.

HIRSCH, Respondent, v. FEIST, Appellant. (Supreme Court, Appellate Term. February 24, 1899.) Action by Morton L. Hirsch against Simon Feist. From a judgment for plaintiff, defendant appeals. Affirmed. Nathaniel Cohen, for appellant. George H. Bruce, for respondent.

PER CURIAM. Judgment affirmed, with costs to respondent.

In re HODGE. (Supreme Court, Appellate Division. Second Department. January 31, 1899.) In the matter of the application of Thomas R. Hodge for a mandamus to the board of county canvassers of Westchester county, etc. No opinion. Order reversed on argument, and proceedings remitted to the justice sitting at special term in Westchester county for a rehearing, with costs to abide the final award of costs.

In re HOGGATT. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) In the matter of the application for admission to the bar of Volney T. Hoggatt. No opinion. Application denied. See 53 N. Y. Supp. 1105.

HOLMES, Appellant, v. JONES, Respondent. (Supreme Court, Appellate Division, Third Department. January 25, 1899.) Action by Ruth Holmes against Frank Jones. No opinion. Judgment affirmed, with costs.

HOUGH CASH-RECORDER CO., Appellant, v. MOWRY, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by the Hough Cash-Recorder Company against John S. Mowry. No opinion. Motion denied, with $10 costs. See 55 N. Y. Supp. 1141.

HOUSE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by Sarah E. House against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See 50 N. Y. Supp. 434.

HOUSE v. HOUSE. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Hattie E. House against Stephen D. House. No opinion. Appeal dismissed.

HOWELL, Respondent, v. HOWELL, Appellant. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) Action by Lizzie E. Howell against David T. Howell. No opinion. Order affirmed, with $10 costs and disbursements.

In re HURST et al. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) In the matter of the judicial settlement of the account of Lewis Hurst and Henry J. Johnson as executors, etc., of Henry Johnson, deceased. No opinion. Decree, so far as appealed from, affirmed, with $10 costs and disbursements, on the ground that, upon the evidence before him, the surrogate does not appear to have disregarded the requirements of section 2730 of the Code in apportioning the compensation of the executors.

HURST, Respondent, v. HURST, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1899.) Action by Mary Elizabeth Hurst against Alfred Thomas Hurst. No opinion. Appeal dismissed, with $10 costs.

INTERNATIONAL FOOD CO., Appellant, v. BICKERD, Respondent. (Supreme Court, Appellate Division, Third Department. January 25, 1899.) Action by the International Food Company against Elizabeth Bickerd. No opinion. Judgment affirmed, with costs.

JOHNSTON, Appellant, v. ROBINSON et al., Respondents. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by William Johnston against William P. Robinson and another. J. F. Harrison, for appellant. B. T. Beach, for respondents. No opinion. Judgment affirmed, with costs.

JONES, Respondent, v. MENKE et al., Appellants. (Supreme Court, Appellate Division, First Department. January 20, 1899.) Action

by Howard S. Jones against John F. Menke and others. W. J. Lippman, for appellants. S. D. Levy, for respondent. No opinion. Judgment reversed, and new trial ordered, on the authority of De Klyn v. Simpson (decided Nov. 11, 1898) 54 N. Y. Supp. 345; costs to appellants to abide event.

JUDD, Respondent, v. COOPERSTOWN & C. V. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Action by Mattie C. Judd against the Cooperstown & Charlotte Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

KALFUR, Respondent, v. BROADWAY FERRY & M. A. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) Action by Frederick Kalfur, an infant, by Frederick W. Kalfur, his guardian ad litem, against the Broadway Ferry & Metropolitan Avenue Railroad Company. No opinion. Motion for resettlement denied. See 54 N. Y. Supp. 503.

KAYSER, Appellant, v. KAHN, Respondent. (Supreme Court, Appellate Division, Second Department. January 24, 1899.) Action by Max Kayser against Henrietta Kahn. No opinion. Judgment affirmed, with costs, on argument.

KAYSER, Appellant, v. KAHN, Respondent. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) Action by Max Kayser against Henrietta Kahn. No opinion. Order resettled.

KELLEY, Appellant, v. HOEY et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 3, 1899.) Action by Sarah Curran Kelley against M. J. Hoey and Charles Reese, individually, and as executors and trustees of, and under, the will of John McGrath. No opinion. If any alteration of the order is desired in regard to the question of costs, notice of the application for such change should be given. See 55 N. Y. Supp. 94.

KERN, Plaintiff, v. LEHIGH VAL. R. CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Action by John C. Kern, as administrator, etc., against the Lehigh Valley Railroad Company. No opinion. There not being four judges qualified to sit in this case, it is hereby ordered that the appeal be transferred to, and heard in, the Third judicial department.

KEUFFEL et al., Appellants, v. WALTHER, Respondent. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by William Keuffel and another against Bertha H. Walther. A. B. Smith, for appellants. E. H. Pomeroy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KLASE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) Action by Emily F. Klase against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re KLEIN. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) In the matter of the application of John Klein, Jr., for the revocation and cancellation of the liquor tax certificate of Mathias Horey, appellant. No opinion. Motion denied, without costs.

KNAPP, Appellant, v. TOWN OF PALATINE et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 25, 1899.) Action by Jose Knapp, as administrator, etc., against the town of Palatine and town of Canajoharie. No opinion. Judgment affirmed, with costs.

KOCHMAN, Appellant, v. CHASE et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 17, 1899.) Action between Lewis Kochman and Isaac W. Chase and John L. Chase. Judgment for defendants, and plaintiff appeals. Reversed. Sullivan & Burke (H. V. Burke, of counsel), for appellant. L. A. Serviss (L. F. Fish, of counsel), for respondents.

PER CURIAM. We can see no substantial difference in the facts now appearing from what appeared when the case was last before us. We then held that such facts required the submission of the case to the jury (see 32 App. Div. 630, 52 N. Y. Supp. 740), and we have not changed our views since; and, for the reasons there given, we again reverse the judgment and order a new trial.

KOPEJZNA, Respondent, v. STEINWAY RY. CO. OF LONG ISLAND CITY, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) Action by Joseph Kopejzna, an infant, by Emile Kopejzna, his guardian ad litem, against the Steinway Railway Company of Long Island City. No opinion. Judgment and order unanimously affirmed, with costs.

LE MANQUAIS, Respondent, v. CARR, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) Action by Earnest R. Le Manquais against Alfred Carr. No opinion. Judgment and order affirmed, with costs.

LESTER, Appellant, v. BLOOMFIELD, Respondent. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Action by Williard Lester, as administrator, etc., against Benjamin F. Bloomfield. No opinion. Judgment affirmed, with costs.

LUCAS, Appellant, v. WESTCHESTER FIRE INS. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Charles H. Lucas against the Westchester Fire Insurance Company and others. No opinion. Judgment and order reversed, and a new trial ordered, with costs to the appellant to abide the event.